STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

07-684 consolidated with 07-506

CITY OF OPELOUSAS

VERSUS

OPELOUSAS MUNICIPAL
CIVIL SERVICE COMMISSION, ET AL.

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 07-C-1223-C
HONORABLE ALONZO HARRIS, DISTRICT JUDGE
**********

**GLENN B. GREMILLION**
**JUDGE**

**********

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and J. David Painter, Judges.

**REVERSED AND REMANDED.**

Pride J. Doran
Williams & Doran, PLLC
P. O. Box 3687
Lafayette, LA 70502
(337) 235-3989
Counsel for Plaintiff/Appellant:
    City of Opelousas

Philip E. Roberts
Roy, Bivins, Judice, Roberts & Wartelle, APLC
P. O. Drawer Z
Lafayette, LA 70502
(337) 233-7430
Counsel for Defendant/Appellee:
    Ron Turner
    Margaret Doucet
    Ken Vidrine

**G. Douglas Dean**
**Dean Law Offices**
**P.O. Drawer 280**
**Opelousas, LA 70571**
**(337) 942-5111**
**Counsel for Defendant/Appellee:**
     **Opelousas Municipal Civil Service Commission**

**Daniel M. Landry, III**
**P. O. Box 3784**
**Lafayette, LA 70502**
**(337) 237-7135**
**Counsel for Defendant/Appellee:**
     **Frances Carron**

**Barbara W. Thomas**
**Civil Service Director**
**P. O. Box 1879**
**Opelousas, LA 70571**

GREMILLION, Judge.

This appeal is consolidated with *Carron v. City of Opelousas,* 07-506 (La.App. 3 Cir. _/_/_), ___So.2d ___. In the instant case, *City of Opelousas v. Opelousas Municipal Civil Service Commission, Frances Carron, Ron Turner, Margaret Doucet, Ken Vidrine, and Barbara Thomas,* the City of Opelousas filed a Petition for issuance of temporary restraining order, preliminary and permanent injunction, and for declaratory judgment. The City requested that a TRO be ordered to halt the scheduled hearing of the Opelousas Civil Service Commission regarding Carron's appeal. The trial court denied the TRO and the Commission convened and reinstated Carron's employment. Carron and other city employees filed exceptions of lack of subject matter jurisdiction, no cause of action, and res judicata urging that the District Court did not have jurisdiction to proceed regarding the declaratory judgment, and preliminary and permanent injunctions.[1] The trial granted the defendants' exceptions because it found that it did not have jurisdiction over the matter. The City now appeals.

This day we have rendered a decision in the *Carron* case. Based on that decision, for the reasons set forth therein, we reverse the trial court and remand for proceedings consistent with that decision.

**REVERSED AND REMANDED.**

---

[1] The other employees include Ron Turner, Margaret Doucet, Ken Vidrine, and Barbara Thomas.